# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:17-CV-2654T33TBM

Plaintiff:
**Franklin Cowley,**
vs.
Defendant:
**Safe Home Security of Connecticut, Inc. a/k/a Safe Home Security, Inc.,**

For: Kimberly De Arcangelis
Morgan & Morgan, P.A.

ALS2017006650

Received by ATTORNEYS LEGAL SERVICES, INC. on the 2nd day of November, 2017 at 3:35 pm to be served on SAFE HOME SECURITY OF CONNECTICUT, INC. A/K/A SAFE HOME SECUIRTY, INC. C/O INCORP SERVICES, INC., REGISTERED AGENT, 17888 67th Court North, Loxahatchee, FL 33470. I, _Bruce L Watther_, being duly sworn, depose and say that on the _13_ day of _Nov_, 20_17_ at _10:20_ A.m., executed service by delivering a true copy of the SUMMONS AND COMPLAINT & DEMAND FOR JURY TRIAL in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving _INCORP SERVICES_ as _REG AGENT_.

( ) LIMITED LIABILITY COMPANY/LIMITED PARTNERSHIP: By serving _____ as _____.

( ) GOVERNMENT AGENCY: By serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _W.F. GREENBERG_

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the _16_ day of _Nov_, _2017_ by the affiant who is personally known to me.

NOTARY PUBLIC

Joseph C. Pleasant, Jr
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF232287
Expires 5/18/2019

PROCESS SERVER # _140_
Appointed in accordance with State Statutes

ATTORNEYS LEGAL SERVICES, INC.
617 East Washington St.
#2
Orlando, FL 32801
(800) 275-8908

Our Job Serial Number: 2017006650
Ref: 7897006

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| FRANKLIN COWLEY | ) | Served:_____ |
| | ) | Date:_____ Time:_____ |
| | ) | Server:_____ |
| | ) | Certified/Special Process Server #_____ |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:17cv2654T33TBM |
| SAFE HOME SECURITY OF CONNETICUT, INC. a/k/a SAFE HOME SECURITY, INC. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAFE HOME SECURITY OF CONNETICUT, INC. a/k/a SAFE HOME SECURITY, INC.
By Serving It's Registered Agent:
InCorp Services, Inc.
17888 67th Court North
Loxahatchee, FL 33470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Kimberly De Arcangelis, Esq.
  Morgan & Morgan, P.A.
  20 N. Orange Avenue, 14th Floor
  Orlando, FL 32801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV - 6 2017

*Signature of Clerk or Deputy Clerk*